IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TITLEMAX OF TEXAS, INC., IVY FUNDING COMPANY LLC, and NCP FINANCE LIMITED PARTNERSHIP, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-cv-1040-S-BN |
| CITY OF DALLAS, | § § § | |
| Defendant. | § | |

## ORDER GRANTING PRELIMINARY INJUNCTION

The Motion for Preliminary Injunction filed by Plaintiffs TitleMax of Texas, Inc., Ivy Funding Company, LLC and NCP Finance Limited Partnership came before the Court for consideration. Having reviewed the Motion, the Brief in Support, the supporting Declarations, and the Response filed by the City of Dallas, the Court finds and concludes that Plaintiffs have demonstrated a likelihood of success on the merits of their claims; that Plaintiffs will suffer a probable, imminent, and irreparable injury, for which they have no adequate remedy at law, if the City of Dallas is not enjoined, pending trial of this matter, from enforcing Article XI of Chapter 50 of the Dallas City Code ("Article XI") as amended by Ordinance No. 28287 (the "Amending Ordinance") on January 27, 2021. It is accordingly

**ORDERED** that until final judgment herein or further order of this Court, Defendant City of Dallas, its agents, employees, and representatives, and all persons in active concert or participation with them, shall not enforce against Plaintiffs (or any of them) the Amending

Ordinance or provisions and requirements added to Article XI by the Amending Ordinance, or interfere in any way with business conducted by Plaintiffs within the City of Dallas in compliance with Article XI as it read prior to January 27, 2021.

The Court finds that Defendant City of Dallas will not have suffered harm from the granting of this Preliminary Injunction in the event that Plaintiffs do not prevail at trial. Accordingly, Plaintiffs will not be required to post any bond or other security in connection with this Preliminary Injunction.

The Clerk shall forthwith issue a preliminary injunction in conformity with the terms of this Order, which shall remain in effect during the pendency of this litigation unless modified or dissolved by Order of the Court.

**SO ORDERED** this ___ day of _____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

0146962.0741136   4823-4391-3711v1