# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TITLEMAX OF TEXAS, INC., IVY FUNDING COMPANY LLC, and NCP FINANCE LIMITED PARTNERSHIP | § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-1040-S-BN |
| CITY OF DALLAS | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case [ECF No. 27]. Defendants filed objections ("Objections") [ECF No. 34]. The District Court reviewed *de novo* those portions of the FCR to which objection was made and reviewed the remaining portions of the FCR for plain error.

Plaintiffs object that the Magistrate Judge imposed an inappropriately high standard for obtaining preliminary injunctive relief. *See* Objs. 6-11. This Court agrees with the Magistrate Judge that the appropriate standard to apply is the standard for mandatory injunctions, as laid out in the FCR, as opposed to the lower standard for prohibitory injunctions. *See* FCR 5-11. However, considering the record, and for the reasons expressed in the FCR, Plaintiffs also cannot prevail under the lower burden of proof they urge this Court to apply.

Accordingly, the Court finds no error, and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiffs TitleMax of Texas, Inc., Ivy

Funding Company LLC, and NCP Finance Limited Partnership's motion for a preliminary injunction under Federal Rule of Civil Procedure 65 [ECF. No. 11] is therefore **DENIED**.

    **SO ORDERED.**

SIGNED October 27, 2021.

                                        **KAREN GREN SCHOLER**
                                        **UNITED STATES DISTRICT JUDGE**