## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **TITLEMAX OF TEXAS, INC.,** | § | |
| **IVY FUNDING COMPANY** | § | |
| **LLC, and NCP FINANCE** | § | |
| **LIMITED PARTNERSHIP,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **No. 3:21-cv-1040-S-BN** |
| | § | |
| **CITY OF DALLAS,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), TitleMax of Texas, Inc., Ivy Funding Company LLC, and NCP Finance Limited Partnership, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge, entered in this action on October 27, 2021 (Docket No. 42), and from the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, entered in this action on August 11, 2021 (Docket No. 27).

Dated: November 22, 2021

1

**FROST BROWN TODD LLC**

*/s/ T. Ray Guy*
T. Ray Guy
State Bar No. 08648500
rguy@fbtlaw.com

Todd J. Harlow
State Bar No. 24036724
tharlow@fbtlaw.com

Ben A. West
State Bar No. 24084074
bwest@fbtlaw.com

2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
(214) 545-3472 – Telephone
(214) 545-3473 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the foregoing was sent to all counsel of record via *<u>electronic filing</u>* on November 22, 2021.

/s/ *T. Ray Guy*
T. Ray Guy

4853-6206-4644v7

2