

# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued
as the mandate on Aug 26, 2025**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-11170

United States Court of Appeals
Fifth Circuit

**FILED**

July 1, 2025

Lyle W. Cayce
Clerk

TITLEMAX OF TEXAS, INC.; IVY FUNDING COMPANY, L.L.C.;
NCP FINANCE LIMITED PARTNERSHIP,

*Plaintiffs—Appellants*,

*versus*

CITY OF DALLAS,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-1040

Before WIENER, RICHMAN, and WILLETT, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 21-11170

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-11170   TitleMax of Texas v. City of Dallas
               USDC No. 3:21-CV-1040

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Renee S. McDonough, Deputy Clerk
                    504-310-7673

cc:
   Marla Broaddus
  Ms. Sara Churchin
  Mr. Todd Lawrence Disher
  Ms. Elana Sari Einhorn
  Mr. T. Ray Guy
  Mr. Scott A. Keller
  Mr. Nicholas Dane Palmer
  Mr. James Bickford Pinson
  Mr. Gary Ray Powell
  Ms. Amy Leila Prueger
  Mr. Michael S. Truesdale