## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **TITLEMAX OF TEXAS, INC.,**<br>**IVY FUNDING COMPANY LLC, and**<br>**NCP FINANCE LIMITED**<br>**PARTNERSHIP,** | §<br>§<br>§<br>§<br>§ | |
| **Plaintiffs,** | §<br>§ | |
| **v.** | §<br>§ | **No. 3:21-cv-1040-S-BN** |
| **CITY OF DALLAS,** | §<br>§<br>§ | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs TitleMax of Texas, Inc., Ivy Funding Company LLC, and NCP Finance Limited Partnership and Defendant City of Dallas, through undersigned counsel, hereby stipulate that the above-titled and-numbered action be, and it hereby is, DISMISSED, with prejudice to the refiling of all claims that were or with reasonable diligence could have been asserted herein by Plaintiffs against Defendant or by Defendant against Plaintiffs.

All costs shall be borne by the party or parties or parties originally incurring same.

SO STIPULATED as of the dates set out below.

| | |
|---|---|
| **TITLEMAX OF TEXAS, INC.,**<br>**IVY FUNDING COMPANY LLC, and NCP FINANCE**<br>**LIMITED PARTNERSHIP** | **CITY OF DALLAS** |
| By: /s/ T. Ray Guy | By: /s/ Gary R. Powell |
| T. Ray Guy<br>State Bar No. 08648500<br>rguy@fbtlaw.com<br>**Attorney for Plaintiffs** | Gary R. Powell<br>Assistant City Attorney<br>Texas Bar No. 16195500<br>gary.powell@dallas.gov<br>**Attorney for Defendant** |
| Dated: September 4, 2025 | |
| | Dated: September 4, 2025 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**                                    **Solo Page**
0146962.0741136   4899-8517-0278v1